

# Fourth Court of Appeals
## San Antonio, Texas

May 18, 2021

No. 04-20-00359-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

The Appellant's First Unopposed Motion for Extension of Time to File Appellant's Reply Brief is hereby GRANTED. The appellant's reply brief is due on before June 1, 2021.

It is so **ORDERED** on May 18, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT